UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CLAITOR'S LAW BOOKS AND PUBLISHING DIVISION, INC., MARINA DEL RAY, LLC, R.G. CLAITOR PROPERTIES, LLC, R.G. CLAITOR'S REALTY, PARTNERSHIP, CLAITOR CHILDREN, LLC AND CLAITOR, LLC | * * * * * * * | |
| VERSUS | * * | CIVIL ACTION NO.: 3:23-01424 |
| | * | JUDGE: SDD |
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON, INDIAN HARBOR INSURANCE COMPANY, QBE SPECIALTY INSURANCE COMPANY, STEADFAST INSURANCE COMPANY, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, UNITED SPECIALTY INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, SAFETY SPECIALTY INSURANCE COMPANY, HDI GLOBAL SPECIALTY SE, AND OLD REPUBLIC UNION INSURANCE COMPANY | * * * * * * * * * * * * | MAGISTRATE: RLB |

**************************************************************************

**ORDER**

Before the Court is Defendants' Motion to Compel Arbitration and Stay the Proceedings,

**IT IS ORDERED** that the Unopposed Motions be **GRANTED** and that all claims asserted in this matter be referred to arbitration as described in the parties' insurance policy. The litigation is hereby **STAYED and ADMINISTRATIVELY CLOSED** pending completion of that process, and the parties are directed to notify the court within seven days of the arbitration's conclusion.

**THUS, DONE AND SIGNED** in Chamber on this __2nd__ day of __January__, 2024.

**JUDGE, UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**